IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLOVIS A. REEVES, :
:
    Movant, : CRIMINAL ACTION NO.
: 1:07-CR-0286-1-CC
vs. :
: CIVIL ACTION NO.
UNITED STATES OF AMERICA, : 1:10-CV-1095-CC
:
    Respondent. :

## ORDER

This matter is presently before the Court on Magistrate Judge Russell G. Vineyard's Final Report and Recommendation (hereinafter the "Report") [Doc. No. 278] on the Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255 (hereinafter the "Motion to Vacate Sentence") filed by Movant Clovis A. Reeves ("Movant"). In the Report, Magistrate Judge Vineyard recommends that the Court deny Movant's Motion to Vacate Sentence and a certificate of appealability [Doc. No. 278]. The record reflects that no objections to the Report have been filed, and the time period for submitting objections has elapsed. The Court, having conducted a plain error review in accordance with United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), finds that the Report is correct both in fact and in law. The Court hereby **ADOPTS** the Report as the decision of the Court. For the reasons stated in the Report, the Court hereby **DENIES** Movant's Motion to Vacate Sentence and a certificate of appealability.

SO ORDERED this 31st day of January, 2012.

*s/ CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE